CHAMBERS OF
JAMES B. LOKEN
CHIEF JUDGE

August 3, 2004

The Hon. Mary M. Lisi
Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, NE
Washington, D.C. 20544

Dear Judge Lisi:

In response to your letter of July 6, 2004:

1. Part VII, page 5, line 80, Column A was completed in accordance with page 39 of the filing instructions.

2. Enclosed is an amended Part IX correcting the date of signing. I see no reason why the date of signing has to be the same as the date of the report in Block 3. Rest assured I will not sign and submit a report before May 15 in the future.

3. The entries for all of the income amount codes listed at the top of page 2 of your letter are "NONE" except page 6, line 92, which should be "A" and "Dividend" in lines B(1) and B(2) respectively.

Sincerely,



/th
Enc.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LOKEN, JAMES B | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date May 15, 2004

NOTE: ANYONE WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (Last name, First name, Middle initial) LOKEN, JAMES B | 2. Court or Organization EIGHTH CIRCUIT | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) CIRCUIT JUDGE (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Courthouse, Suite 11W 300 South Fourth Street Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President | Federal Bar Association, Minnesota Chapter |
| 2. Member | American Law Institute |
| 3. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY -3 A 11: 23 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Colorado School of Law | Participant, "Justice White and the Exercise of Judicial Power," Jan. 24-25, 2003; Boulder, CO; transportation, food, and lodging expenses. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period If not exempt from disclosure (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   STOCKS  (All Common) | | | | | | | | | |
| 2.   Allstate Corp. | A | Dividend | J | T | | | | | |
| 3.   Apogee Enterprises. | A | Dividend | J | T | | | | | |
| 4.   Verizon Communications | A | Dividend | K | T | | | | | |
| 5.   Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 6.   Zimmer Holdings, Inc. | | None | J | T | | | | | |
| 7.   Target Corp | A | Dividend | K | T | | | | | |
| 8.   Emerson Electric | C | Dividend | M | T | | | | | |
| 9.   Exxon Corp. | A | Dividend | K | T | | | | | |
| 10.   Wachovia Corp. | B | Dividend | L | T | | | | | |
| 11.   Gabelli Equity Trust | D | Dividend | L | T | | | | | |
| 12.   Gabelli Global Multimedia Trust | | None | J | T | | | | | |
| 13.   Gabelli Utility Trust | A | Dividend | J | T | Part Sell | 10/3 | J | A | |
| 14.   General Motors | A | Dividend | J | T | | | | | |
| 15.   Delphi Automotive | A | Dividend | J | T | Sell | 8/5 | J | A | |
| 16.   IBM | A | Dividend | L | T | | | | | |
| 17.   XCel Energy, Inc. | C | Dividend | K | T | | | | | |
| 18.   CenterPoint Energy, Inc. | A | Dividend | J | T | Spin-off | 1/3 | J | | See Part VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Texas Genco | A | Dividend | J | T | Spin-off | 1/3 | J | | See Part VIII |
| 20. Reliant Resources, Inc. | | | | | Sell | 10/15 | J | AA | |
| 21. SBC Communications | B | Dividend | K | T | | | | | |
| 22. Pactiv Corp. | | None | J | T | | | | | |
| 23. Tenneco Automotive | | None | J | T | | | | | |
| 24. Texas Utilities | A | Dividend | J | T | | | | | |
| 25. ASM International | | None | J | T | | | | | See Part VIII |
| 26. Consol. Delivery & Logistics | | None | J | T | | | | | |
| 27. Cypress Semicond. Corp. | | None | K | T | Buy | 1/21 | J | | |
| 28. FSI International, Inc. | | None | K | T | Buy | 3/6 | J | | |
| 29. Digi International | | None | L | T | Buy | 1/14 | J | | |
| 30. Chronimed, Inc. | | | | | Part Sell | 1/17 | J | B | |
| 31. Chronimed, Inc. | | | | | Sell | 3/6 | J | D | |
| 32. LSI Logic Corp. | | | | | Buy | 1/13 | J | | |
| 33. LSI Logic Corp. | | None | K | T | Buy | 3/6 | J | | |
| 34. Conseco, Inc. | | | | | | 9/15 | | | Insolvent |
| 35. Ascential Software Corp. | | None | K | T | Buy | 1/21 | J | | |
| 36. Hewlett-Packard Co. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Communications Systems | A | Dividend | K | T | | | | | |
| 38. MetLife, Inc. | | | | | Sell | 8/11 | J | C | |
| 39. Inhale Therapeutics | | | | | Exchange | 1/15 | J | | See Part VIII |
| 40. Nektar Therapeutics | | None | J | T | Exchange | 1/15 | J | | See Part VIII |
| 41. Vishay Intertechnology | | None | K | T | Buy | 9/2 | J | | |
| 42. ADC Telecommunications | | | | | Buy | 3/6 | J | | |
| 43. ADC Telecommunications | | | | | Buy | 8/5 | J | | |
| 44. ADC Telecommunications | | None | K | T | Buy | 10/28 | J | | |
| 45. Amkor Technology | | | | | Part Sell | 8/22 | J | B | |
| 46. Amkor Technology | | | | | Sell | 10/28 | K | E | |
| 47. Conexant Systems | | | | | Spin-off | 6/27 | J | | See Part VIII |
| 48. Mindspeed Technologies | | None | J | T | Spin-off | 6/27 | J | | See Part VIII |
| 49. Conexant Systems | | None | J | T | Part Sell | 7/30 | J | A | |
| 50. JDS Uniphase | | None | J | T | Buy | 1/21 | J | | |
| 51. Computer Network Technology | | None | K — | T | Buy | 9/2 | J | | |
| 52. Territory North Company | | | | | | 12/31 | | | Insolvent |
| 53. Actrium Inc. | | None | J | T | | | | | |
| 54. Atmel Corp. | | None | J | T | Buy | 1/13 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. August Technology Corp. | | | | | Buy | 3/6 | J | | |
| 56. August Technology Corp. | | | | | Part sell | 8/5 | J | A | |
| 57. August Technology Corp. | | | | | Sell | 12/11 | K | D | |
| 58. Select Comfort Corp. | | | | | Part sell | 5/27 | J | D | |
| 59. Select Comfort Corp. | | None | J | T | Part sell | 10/28 | J | D | |
| 60. Nokia Corp. | A | Dividend | J | T | | | | | |
| 61. Oracle Corp. | | None | K | T | | | | | |
| 62. Skyworks Solutions, Inc. | | | | | Buy | 3/6 | J | | |
| 63. Skyworks Solutions, Inc. | | | | | Buy | 11/17 | J | | |
| 64. Skyworks Solutions, Inc. | | None | J | T | Buy | 12/12 | J | | |
| 65. Pemstar | | | | | Buy | 1/13 | J | | |
| 66. Pemstar | | | | | Sell | 9/2 | J | A | |
| 67. Norstan, Inc. | | None | J | T | Buy | 5/27 | J | | |
| 68. CNS Inc. | | | | | Buy | 7/30 | J | | |
| 69. CNS Inc. | A | Dividend | J | T | Buy | 10/28 | J | | |
| 70. Synovis Life Technologies, Inc. | | None | J | T | Buy | 10/30 | J | | |
| 71. Cyberoptics Corp. | | None | J | T | Buy | 12/11 | J | | |
| 72. Seagate Technology | | None | J | T | Buy | 12/12 | J | | |

1. Income/Gain Codes: A = $1,000 or less, B = $1,001-$2,500, C = $2,501-$5,000, D = $5,001-$15,000, E = $15,001-$50,000
(See Columns B1 and B4) F = $50,001-$100,000, G = $100,001-$1,000,000, H1 = $1,000,001-$5,000,000, H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less, K = $15,001-$50,000, L = $50,001-$100,000, M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000, O = $500,001-$1,000,000, P1 = $1,000,001-$5,000,000, P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000, P4 = More than $50,000,000

3. Value Method Codes Q = Appraisal, R = Cost (Real Estate Only), S = Assessment, T = Cash/Market
(See Column C2) U = Book Value, V = Other, W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. MUTUAL FUNDS | | | | | | | | | |
| 74. Columbia Acorn Fund | A | Dividend | M | T | | | | | Name change |
| 75. Columbia Newport Tiger Fund | A | Dividend | K | T | | | | | Name change |
| 76. Fidelity Equity Income Fund II | B | Dividend | L | T | | | | | |
| 77. Fidelity Mn. Tax Free Fund | B | Dividend | L | T | | | | | |
| 78. Fidelity Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 79. Fidelity Japan Fund | | None | J | T | | | | | |
| 80. Fidelity Spartan Muni Income Fund (X) | D | Dividend | N | T | Buy | 12/24 | K | | |
| 81. ISP – Health Sciences | | None | L | T | | | | | |
| 82. Gabelli Global Growth Fund | | None | K | T | | | | | |
| 83. Gabelli Growth Fund | | None | L | T | | | | | |
| 84. Guardian Park Ave Fund | A | Dividend | L | T | | | | | |
| 85. Harbor International Fund | B | Dividend | L | T | | | | | |
| 86. Investment Co Amer Fund | C | Dividend | M | T | | | | | |
| 87. Janus Fund | | None | K | T | | | | | |
| 88. Mutual Beacon Fund | C | Dividend | N | T | | | | | |
| 89. New Perspective Fund | A | Dividend | K | T | | | | | |
| 90. Oppenheimer Capital Inc Fund | D | Dividend | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. Oppenheimer Strategic Income | C | Dividend | L | T | | | | | |
| 92. Paine, Webber MM Fund | | | | | Sell | 8/4 | J | A | |
| 93. Putnam Growth Fund | B | Dividend | L | T | | | | | |
| 94. Vanguard Fixed Inc Fund S-T | C | Dividend | L | T | | | | | |
| 95. Vanguard Fixed Inc Fund GNMA | D | Dividend | M | T | | | | | |
| 96. Delaware Voyageur Mn Ins Fund | A | Dividend | K | T | | | | | |
| 97. Washington Mutual Fund | C | Dividend | M | T | | | | | |
| 98. Vanguard Windsor Fund | A | Dividend | K | T | | | | | |
| 99. Vanguard Hi-Yield Corp. Fund | B | Dividend | K | T | | | | | |
| 100. Vanguard Prime MM Fund | A | Dividend | K | T | | | | | |
| 101. Vanguard Short Term Corp. Fund | A | Dividend | K | T | | | | | |
| 102. Vanguard Long Term Tax Exempt Fund | B | Dividend | K | T | | | | | |
| 103. Vanguard Wellington Fund | A | Dividend | K | T | | | | | |
| 104. Vanguard Capital Value Fund | A | Dividend | K | T | | | | | |
| 105. Artisan International Fund | B | Dividend | L | T | | | | | |
| 106. Leuthold Core Inv. Fund | A | Dividend | M | T | | | | | |
| 107. Selected American Shares Fund | A | Dividend | L | T | | | | | |
| 108. MISC. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. US Bank Piper Jaffray IRA | A | Dividend | L | T | | | | | |
| 110. - Treasury Receipts | | | | | Part sell | 8/18 | K | | |
| 111. - First American Large Cap Growth Fund | | | | | | | | | |
| 112. Wells Fargo Bank IRA | A | Dividend | J | T | | | | | |
| 113. - Mesa Offshore Trust | | | | | Sell | 8/18 | J | | |
| 114. - Wells Fargo Bank MMF | | | | | Part sell | 8/18 | J | | |
| 115. F&B Building Partnership | | None | J | W | | | | | |
| 116. Vanguard Variable Annuity Plan | | None | M | T | | | | | |
| 117. Great Hall Money Market Yield Fund | A | Dividend | J | T | | | | | |
| 118. Wells Fargo Bank | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>LOKEN, JAMES B | Date of Report<br><br>5/15/2004 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

CenterPoint Energy spun off shares of Texas Genco on January 3, 2003  (Part VII, lines 18-19)

The ASM transaction described as a "Sell" in Part VII, line 27, of the 2002 Financial Disclosure Report should have been described as a "Part Sell" (Part VII, line 25)

Shares of Inhale Therapeutics were exchanged for shares of Nektar Therapeutics on January 15, 2003  (Part VII, lines 39-40)

Conexant Systems spun off shares of Mindspeed Technologies on June 27, 2003  (Part VII, lines 47-48)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _April 25, 2003_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544